**DISMISS and Opinion Filed June 21, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-23-00039-CV
_____

**STANSLY MAPONGA, Appellant**
**V.**
**LOCO MELETIO DEVELOPMENT, LP D/B/A EAST QUARTER**
**RESIDENCES, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-06524-A**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by May 15, 2023. By postcard dated May 17, 2023 we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


        /Robert D. Burns, III/
        ROBERT D. BURNS, III
        CHIEF JUSTICE

230039F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STANSLY MAPONGA, Appellant

No. 05-23-00039-CV     V.

LOCO MELETIO
DEVELOPMENT, LP D/B/A EAST
QUARTER RESIDENCES, Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-22-06524-
A.

Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered June 21, 2023